UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO: |
| ) | |
| v. ) | |
| ) | VIOLATIONS: |
| JAMES E. DAY, ) | 18 U.S.C. §1341- Honest Services |
| ) | 18 U.S.C. §1346- Mail Fraud |
| Defendant. ) | |

**05 CR 10229 WGY**

### INFORMATION

The United States Attorney charges that:

### Introduction

1. At all times material to this Information, the defendant, **JAMES E. DAY** ("**DAY**"), was an Assistant Chief Probation Officer of the Woburn District Court.

2. At all times material to this Information, the Commonwealth of Massachusetts, its taxpayers, and the Woburn District Court were entitled to the honest, faithful, and loyal services of defendant **DAY**. These services encompassed the duty to manage Probation Department operations, supervise probation officers, and serve as an Assistant Chief Probation Officer without deceit, dishonesty or self-enrichment.

3. At all times material to this Information, Ms. A was an acquaintance of defendant **DAY**. In May, 2003, Ms. A had her Massachusetts driver's license suspended by the Registrar of Motor Vehicles for a two-year period as a result of a drug-related

offense.

4. At all times material to this Information, the Massachusetts Board of Appeal on Motor Vehicle Liability, Policies and Bonds ("Board of Appeal") was a three-person board established by Massachusetts state law to hear appeals of persons aggrieved by a ruling or decision of the Registrar of Motor Vehicles.

### COUNT ONE
(18 U.S.C. §§1341 and 1346 - Honest Services Mail Fraud)

5. The allegations contained in paragraphs 1-4 above are realleged and incorporated in this count.

6. From on or about June 14, 2004 through on or about September 29, 2004, in the District of Massachusetts, the defendant,

**JAMES E. DAY**

knowingly and willfully devised and executed a scheme and artifice to defraud, in the general manner and means set forth in the following paragraph, which deprived the Commonwealth of Massachusetts, its taxpayers, and the Woburn District Court of their intangible right to the fair and honest services of the defendant **DAY** as an Assistant Chief Probation Officer.

7. It was part of the scheme and artifice to defraud that defendant **DAY** misused his official position as an Assistant Chief Probation Officer in order to improperly benefit an acquaintance,

2

Ms. A. Specifically, defendant **DAY**, in his official capacity, knowingly and willfully assisted Ms. A, whose driver's license had been suspended by the Registrar, to obtain a hardship driver's license by: (i) testifying falsely in front of the Board of Appeal on Ms. A's behalf; and (ii) submitting fraudulent documents to the Board of Appeal, including a letter on Woburn District Court Probation Department letterhead falsely attesting to Ms. A's compliance with the Probation Department as well as her need for a hardship license, and five fraudulent urine screen forms.

8. On or about August 13, 2004, in the District of Massachusetts, the defendant,

**JAMES E. DAY,**

having devised and intending to devise the aforementioned scheme and artifice to defraud described above, and for the purpose of executing said scheme and artifice and attempting to do so, did knowingly place or cause to be placed the following matter and thing, namely a Board of Appeal "Appeal of Ruling/Decision" form, in a post office and authorized depository for mail to be sent and delivered by the Postal Service to Ms. A in Wilmington, MA according to the direction thereon.

All in violation of Title 18, United States Code, Sections 1341 and 1346.

3

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
S. THEODORE MERRITT
Assistant U.S. Attorney

Date: August 24, 2005

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05 CR 10229 WGY**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Boston      **Category No.** III      **Investigating Agency** FBI

**City** Boston      **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** JAMES E. DAY      Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** 14 Marla Lane      Reading, MA 01867

**Birth date (Year only):** 1938  **SSN (last 4 #):** 9377  **Sex** M  **Race:** White      **Nationality:** _____

**Defense Counsel if known:** Joseph S. Oteri      **Address:** Oteri, Weinberg & Lawson
                                                                20 Park Plaza  Boston, MA 02116

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** S. Theodore Merritt      **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested      ☒ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☒ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** August 24, 2005   **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

05 CR 10229 WGY

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    JAMES E. DAY

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 1341, 1346 | Honest Services Mail Fraud | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**