```
1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
2
                                           Criminal No.
3                                          05-10229-WGY

4
     * * * * * * * * * * * * * * *
5                                *
     UNITED STATES OF AMERICA    *
6                                *    ARRAIGNMENT
     v.                          *    and PLEA
7                                *
     JAMES E. DAY                *
8                                *
     * * * * * * * * * * * * * * *
9

10

11

12           BEFORE:  The Honorable William G. Young,
                              District Judge
13

14

15
     APPEARANCES:
16
                S. THEODORE MERRITT, Assistant United
17      States Attorney, 1 Courthouse Way, Suite 9200,
        Boston, Massachusetts 02210, on behalf of the
18      Government

19
                OTERI, WEINBERG & LAWSON (By Joseph S.
20      Oteri, Esq,) 20 Park Plaza, Statler Building,
        Suite 905, Boston, Massachusets 02116, on behalf
21      of the Defendant

22

23
                                      1 Courthouse Way
24                                    Boston, Massachusetts

25                                    November 2, 2005
```