UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                    **Criminal Action
No: 05-10229-WGY**

**UNITED STATES**

**v.**

**JAMES DAY
Defendant**

**ORDER**

**YOUNG, D.J.**

      The time for the defendant to self report to an institution of the Bureau of Prisons is hereby extended to March 24, 2006.

                                                     **By the Court,**

                                                     /s/ Elizabeth Smith

                                                   **Deputy Clerk**

**February 15, 2006**

**To: All Counsel**