UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CR10229-001-WGY |
| | ) | |
| JAMES E. DAY | ) | |
| Defendant. | ) | |

**SATISFACTION OF JUDGMENT**

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the Judgment as to the defendant, James E. Day, by payment in full.

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/ Christopher R. Donato
     CHRISTOPHER R. DONATO
     Assistant U.S. Attorney
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     (617) 748-3303

Dated: March 10, 2006

**CERTIFICATE OF SERVICE**

Suffolk, s.s.                                                                                       Boston, MA

    I hereby certify that on this date, I have served a copy of the foregoing by mailing to Joseph S. Oteri, Esq., C/O James E. Day, Statler Building, 20 Park Plaza, Suite 905, Boston, MA 02116 .

        /s/ Christopher R. Donato
        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney