AO 245B(05-MA)  (Rev. 06/05) Judgment in a Criminal Case
Sheet 1 - D. Massachusetts - 10/05

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
District of Massachusetts

2006 MAR 31 P 2:18

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| JAMES E. DAY | Case Number: 1: 05 CR 10229 - 001 - WGY |
| | USM Number: 25845-038 |
| | Joseph Oteri |
| | Defendant's Attorney |

☑ Additional documents attached

Transcript Excerpt of Sentencing Hearing

☐

**THE DEFENDANT:**
☑ pleaded guilty to count(s)   1
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:   Additional Counts - See continuation page ☐

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1341 & 1346 | Honest Service Mail Fraud | 09/29/04 | 1 |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

02/08/06
Date of Imposition of Judgment

*William G. Young*
Signature of Judge

The Honorable William G. Young
Judge, U.S. District Court
Name and Title of Judge

*February 9, 2006*
Date

I hereby certify on _____ that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☐ original filed in my office on _____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk


DOCKETED 9

AO 245B(05-MA)   (Rev. 06/05) Judgment in a Criminal Case
Sheet 2 - D. Massachusetts - 10/05

Judgment — Page _____ of _____

DEFENDANT: **JAMES E. DAY**
CASE NUMBER: **1: 05 CR 10229 - 001 - WGY**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   **3**   month(s)

☑ The court makes the following recommendations to the Bureau of Prisons:

Fort Devens Medical unit

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☑ before 2 p.m. on   02/25/06
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  **3-24-06**  to  **FPC SCHUYLKILL**
at **MINERSVILLE PA** with a certified copy of this judgment.

_____ A. HOGT, WARDEN
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B(05-MA)  (Rev. 06/05) Judgment in a Criminal Case
Sheet 3 - D. Massachusetts - 10/05

Judgment—Page ____ of _____

DEFENDANT: **JAMES E. DAY**
CASE NUMBER: **1: 05 CR 10229 - 001 - WGY**

## SUPERVISED RELEASE

☑ See continuation page

Upon release from imprisonment, the defendant shall be on supervised release for a term of :   24   month(s)

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year, as directed by the probation officer.

☑ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.


AO 245B(05-MA)   (Rev. 06/05) Judgment in a Criminal Case
Sheet 4A - Continuation Page - Supervised Release/Probation -10/05

DEFENDANT: **JAMES E. DAY**
CASE NUMBER: **1: 05 CR 10229 - 001 - WGY**

Judgment—Page ____ of ____

## ADDITIONAL ☑ SUPERVISED RELEASE ☐ PROBATION TERMS

The first 6 months of Supervision are to be served in HOME CONFINEMENT WITHOUT ELECTRONIC MONITORING. The Defendant may leave the home to attend religious services, attend to medical needs, attend legal appointments, seek employment.

The defendant is to pay the balance of the fine owed according to a court ordered repayment plan.

The defendant is prohibited from incurring new credit charges or opening new lines of credit without the approval of the probation officer.

The defendant is to provide the probation officer access to any requested financial information.
The financial information provided may be shared with the Financial Litigation Unit of the US Attorneys Office.

The defendant is to participate in a mental health treatment program as directed by probation. The defendant shall be required to contribute to the cost of services for such treatment based on the ability to pay or the availability of third party payment.

**Continuation of Conditions of ☐ Supervised Release ☐ Probation**

AO 245B(05-MA)  (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 - D. Massachusetts - 10/05

DEFENDANT: **JAMES E. DAY**
CASE NUMBER: **1: 05 CR 10229 - 001 - WGY**

Judgment — Page _____ of _____

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ $100.00 | $ $3,000.00 | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|

☐ See Continuation Page

| TOTALS | $ $0.00 | $ $0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

✎AO 245B(05-MA)   (Rev. 06/05) Judgment in a Criminal Case
                  Sheet 6 - D. Massachusetts - 10/05

|  |  |
|---|---|
| DEFENDANT: **JAMES E. DAY** | Judgment — Page _____ of _____ |
| CASE NUMBER: **1: 05 CR 10229 - 001 - WGY** | |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☐  Lump sum payment of $ __$3,100.00__ due immediately, balance due

    ☐ not later than _____, or
    ☐ in accordance  ☐ C,  ☐ D,  ☐ E, or  ☒ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:

    According to a payment schedule established by the Probation Office

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several                                                                                                  ☐ See Continuation Page

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B    (Rev. 06/05) Criminal Judgment
           Attachment (Page 1) — Statement of Reasons - D. Massachusetts - 10/05

DEFENDANT: **JAMES E. DAY**  Judgment — Page    of
CASE NUMBER: **1: 05 CR 10229  - 001 - WGY**
DISTRICT:    **MASSACHUSETTS**

# STATEMENT OF REASONS

**I   COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT**

A ☐  **The court adopts the presentence investigation report without change.**

B ☑  **The court adopts the presentence investigation report with the following changes.**
(Check all that apply and specify court determination, findings, or comments, referencing paragraph numbers in the presentence report, if applicable.)
(Use Section VIII if necessary.)

   1  ☑ **Chapter Two of the U.S.S.G. Manual** determinations by court (including changes to base offense level, or specific offense characteristics):

      the court adopts the parties plea agreement

   2  ☐ **Chapter Three of the U.S.S.G. Manual** determinations by court (including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility):

   3  ☐ **Chapter Four of the U.S.S.G. Manual** determinations by court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations):

   4  ☐ **Additional Comments or Findings** (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions):

C ☐  **The record establishes no need for a presentence investigation report pursuant to Fed.R.Crim.P. 32.**

**II   COURT FINDING ON MANDATORY MINIMUM SENTENCE** (Check all that apply.)

A ☑  No count of conviction carries a mandatory minimum sentence.

B ☐  Mandatory minimum sentence imposed.

C ☐  One or more counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum term because the court has determined that the mandatory minimum does not apply based on

   ☐ findings of fact in this case
   ☐ substantial assistance (18 U.S.C. § 3553(e))
   ☐ the statutory safety valve (18 U.S.C. § 3553(f))

**III   COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES):**

Total Offense Level:         12
Criminal History Category:   I
Imprisonment Range:          10       to  16      months
Supervised Release Range:    2        to  3       years
Fine Range: $ 3,000          to  $ 30,000
☐  Fine waived or below the guideline range because of inability to pay.

AO 245B (05-MA)  (Rev. 06/05) Criminal Judgment
Attachment (Page 2) — Statement of Reasons - D. Massachusetts - 10/05

DEFENDANT: **JAMES E. DAY**
CASE NUMBER: **1: 05 CR 10229 - 001 - WGY**
DISTRICT: **MASSACHUSETTS**

Judgment — Page     of

# STATEMENT OF REASONS

**IV  ADVISORY GUIDELINE SENTENCING DETERMINATION** (Check only one.)

A ☐ The sentence is within an advisory guideline range that is not greater than 24 months, and the court finds no reason to depart.

B ☐ The sentence is within an advisory guideline range that is greater than 24 months, and the specific sentence is imposed for these reasons. (Use Section VIII if necessary.)

C ☑ The court departs from the advisory guideline range for reasons authorized by the sentencing guidelines manual. (Also complete Section V.)

D ☐ The court imposed a sentence outside the advisory sentencing guideline system. (Also complete Section VI.)

**V  DEPARTURES AUTHORIZED BY THE ADVISORY SENTENCING GUIDELINES** (If applicable.)

A **The sentence imposed departs** (Check only one.):
☐ below the advisory guideline range
☐ above the advisory guideline range

B **Departure based on** (Check all that apply.):

1  **Plea Agreement** (Check all that apply and check reason(s) below.):
☐ 5K1.1 plea agreement based on the defendant's substantial assistance
☐ 5K3.1 plea agreement based on Early Disposition or "Fast-track" Program
☐ binding plea agreement for departure accepted by the court
☐ plea agreement for departure, which the court finds to be reasonable
☐ plea agreement that states that the government will not oppose a defense departure motion.

2  **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below.):
☐ 5K1.1 government motion based on the defendant's substantial assistance
☐ 5K3.1 government motion based on Early Disposition or "Fast-track" program
☐ government motion for departure
☐ defense motion for departure to which the government did not object
☑ defense motion for departure to which the government objected

3  **Other**
☐ Other than a plea agreement or motion by the parties for departure (Check reason(s) below.):

C **Reason(s) for Departure** (Check all that apply other than 5K1.1 or 5K3.1.)

☐ 4A1.3  Criminal History Inadequacy
☐ 5H1.1  Age
☐ 5H1.2  Education and Vocational Skills
☐ 5H1.3  Mental and Emotional Condition
☐ 5H1.4  Physical Condition
☐ 5H1.5  Employment Record
☐ 5H1.6  Family Ties and Responsibilities
☑ 5H1.11 Military Record, Charitable Service, Good Works
☐ 5K2.0  Aggravating or Mitigating Circumstances

☐ 5K2.1  Death
☐ 5K2.2  Physical Injury
☐ 5K2.3  Extreme Psychological Injury
☐ 5K2.4  Abduction or Unlawful Restraint
☐ 5K2.5  Property Damage or Loss
☐ 5K2.6  Weapon or Dangerous Weapon
☐ 5K2.7  Disruption of Government Function
☐ 5K2.8  Extreme Conduct
☐ 5K2.9  Criminal Purpose
☐ 5K2.10 Victim's Conduct

☐ 5K2.11 Lesser Harm
☐ 5K2.12 Coercion and Duress
☐ 5K2.13 Diminished Capacity
☐ 5K2.14 Public Welfare
☐ 5K2.16 Voluntary Disclosure of Offense
☐ 5K2.17 High-Capacity, Semiautomatic Weapon
☐ 5K2.18 Violent Street Gang
☑ 5K2.20 Aberrant Behavior
☐ 5K2.21 Dismissed and Uncharged Conduct
☐ 5K2.22 Age or Health of Sex Offenders
☐ 5K2.23 Discharged Terms of Imprisonment
☐ Other guideline basis (e.g., 2B1.1 commentary)

D **Explain the facts justifying the departure.** (Use Section VIII if necessary.)

AO 245B (05-MA)  (Rev. 06/05) Criminal Judgment
Attachment (Page 3) — Statement of Reasons - D. Massachusetts 10/05

DEFENDANT: **JAMES E. DAY**
CASE NUMBER: 1: 05 CR 10229 - 001 - WGY
DISTRICT: MASSACHUSETTS

Judgment — Page       of

# STATEMENT OF REASONS

**VI  COURT DETERMINATION FOR SENTENCE OUTSIDE THE ADVISORY GUIDELINE SYSTEM**
(Check all that apply.)

**A**  **The sentence imposed is** (Check only one.):
☐ below the advisory guideline range
☐ above the advisory guideline range

**B**  **Sentence imposed pursuant to** (Check all that apply.):

1  **Plea Agreement** (Check all that apply and check reason(s) below.):
☐ binding plea agreement for a sentence outside the advisory guideline system accepted by the court
☐ plea agreement for a sentence outside the advisory guideline system, which the court finds to be reasonable
☐ plea agreement that states that the government will not oppose a defense motion to the court to sentence outside the advisory guideline system

2  **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below.):
☐ government motion for a sentence outside of the advisory guideline system
☐ defense motion for a sentence outside of the advisory guideline system to which the government did not object
☐ defense motion for a sentence outside of the advisory guideline system to which the government objected

3  **Other**
☐ Other than a plea agreement or motion by the parties for a sentence outside of the advisory guideline system (Check reason(s) below.):

**C**  **Reason(s) for Sentence Outside the Advisory Guideline System** (Check all that apply.)

☐ the nature and circumstances of the offense and the history and characteristics of the defendant pursuant to 18 U.S.C. § 3553(a)(1)
☐ to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense (18 U.S.C. § 3553(a)(2)(A))
☐ to afford adequate deterrence to criminal conduct (18 U.S.C. § 3553(a)(2)(B))
☐ to protect the public from further crimes of the defendant (18 U.S.C. § 3553(a)(2)(C))
☐ to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner (18 U.S.C. § 3553(a)(2)(D))
☐ to avoid unwarranted sentencing disparities among defendants (18 U.S.C. § 3553(a)(6))
☐ to provide restitution to any victims of the offense (18 U.S.C. § 3553(a)(7))

**D**  Explain the facts justifying a sentence outside the advisory guideline system. (UseSection VIII if necessary.)

AO 245B ( 05-MA) (Rev. 06/05) Criminal Judgment
Attachment (Page 4) — Statement of Reasons - D. Massachusetts - 10/05

| | |
|---|---|
| DEFENDANT: **JAMES E. DAY** | Judgment — Page    of |
| CASE NUMBER: **1: 05 CR 10229 - 001 - WGY** | |
| DISTRICT: **MASSACHUSETTS** | |

## STATEMENT OF REASONS

**VII  COURT DETERMINATIONS OF RESTITUTION**

A  ☑  Restitution Not Applicable.

B  Total Amount of Restitution: _____

C  Restitution not ordered (Check only one.):

    1  ☐  For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).

    2  ☐  For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A(c)(3)(B).

    3  ☐  For other offenses for which restitution is authorized under 18 U.S.C. § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweigh the need to provide restitution to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).

    4  ☐  Restitution is not ordered for other reasons. (Explain.)

D  ☐  Partial restitution is ordered for these reasons (18 U.S.C. § 3553(c)):


**VIII  ADDITIONAL FACTS JUSTIFYING THE SENTENCE IN THIS CASE** (If applicable.)




Sections I, II, III, IV, and VII of the Statement of Reasons form must be completed in all felony cases.

Defendant's Soc. Sec. No.:  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

Defendant's Date of Birth:  38

Defendant's Residence Address:

Defendant's Mailing Address:

Date of Imposition of Judgment
02/08/06

*William G. Young*
Signature of Judge
The Honorable William G. Young, Judge, U.S. District Court
Name and Title of Judge
Date Signed  Feb 9, 2006

```
                     UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS

                                              Criminal No.
                                              05-10229-WGY



        * * * * * * * * * * * * * * * * *
                                        *
        UNITED STATES OF AMERICA        *
                                        *
        v.                              *    SENTENCING EXCERPT
                                        *
        JAMES DAY                       *
                                        *
        * * * * * * * * * * * * * * * * *



                 BEFORE:  The Honorable William G. Young,
                              District Judge











                                              1 Courthouse Way
                                              Boston, Massachusetts

                                              February 8, 2006
```

1        THE COURT:  Mr. James E. Day, in consideration of
2   the criteria set forth in 18 United States Code, 3553, the
3   information from the probation officer, the government, your
4   attorney and yourself, this Court sentences you to three
5   months in the custody of the United States Attorney General
6   to be followed by six months of home confinement.
7        The Court imposes upon you a fine of $3,000, places
8   you on a period of supervised release for two years, and
9   imposes the mandatory special assessment of $100.
10       The special conditions of your supervised release
11  are that you submit to the collection of a DNA sample.
12  You're prohibited from possessing a firearm, destructive
13  device, or other dangerous weapon.  You're to pay the
14  balance of a fine according to a Court ordered repayment
15  schedule.  You're prohibited from incurring new credit
16  charges or opening additional lines of credit.  You're to
17  provide the probation office access to any requested
18  financial information.  You're to participate in a mental
19  health treatment program as directed by the probation office
20  and will, to the extent of your ability, participate in the
21  costs of that program.
22       Let me explain this sentence to you, Mr. Day.
23  There has to be in this Court's judgment, and I take
24  responsibility for it, there has to be some jail time.  I
25  make it three months.  There has to be jail.  There has to

1  be the jail doors closing behind you.  There has to be that.
2  For people to believe that we all play it straight.  That
3  every person who comes into the court is treated as an
4  individual person.  And it's not who you know.  It's not
5  what you can get someone to do for you.  But that everyone
6  will have a fair and a just and impartial sentence according
7  to the law.
8          You know, I don't say that you're familiar with the
9  federal sentencing system, but you know, and the records
10 that I've made mention of, you know the sentence on average
11 is much longer than that.  And the reason that your sentence
12 is what it is is the life that you've committed to the
13 courts.  I've not just washed that aside because you
14 committed a crime.  That counts for an enormous amount in
15 the judgment of this Court.  No one can take that away from
16 you.  Though it is the judgment of this Court, the judgment
17 of society, that your crime warrants a modest jail sentence.
18         You have done a great deal of good.  The offense
19 that you have agreed you are guilty of, and you are guilty
20 of it, does not wipe away that good.  But it cries out for
21 an actual sentence of incarceration.  I must, in my
22 judgment, I take responsibility for it, I must impose it and
23 I do.
24         Now, with respect to home confinement, you may
25 leave the home for religious services, to attend any medical

```
 1   appointments, and I guess that's it.
 2          MR. OTERI:  Legal appointments, your Honor?
 3          THE COURT:  Legal appointments.
 4          MR. OTERI:  And your, Honor, should he obtain
 5   employment?
 6          THE COURT:  And should he obtain employment he may
 7   leave the home to work.
 8          MR. OTERI:  Thank you, your Honor.
 9          THE COURT:  But otherwise he's to be in the home
10   for six months.
11          You're notified, Mr. Day, you have the right to
12   appeal from any findings or rulings the Court has made
13   against you.  Should you appeal and should your appeal be
14   successful in whole or in part, this case will be sentenced
15   before another judge.
16          The Court agrees that you may self-report -- you'll
17   self-report on February 25th, 2006.
18          Now, Mr. Oteri, one thing.  I do not sentence or
19   refrain from sentencing based upon arguments about the
20   status of offenders within the custody of the Bureau of
21   Prisons.  That said, I expect him to be secure in the Bureau
22   of Prisons and not to be harassed in the Bureau of Prisons
23   and to serve his time appropriately while in the custody of
24   the federal prison authorities.  I will follow any
25   reasonable recommendation in that regard, but it's three
```

1   months in custody.
2           Do you have any recommendation?
3           **MR. OTERI:** Your Honor, I would ask you or Ted if
4   you can help me. I hadn't thought about the sentencing
5   prison part of it because I really didn't think he was going
6   to go to prison. But the only place I can think of around
7   here, Judge, is Devens.
8           **THE COURT:** Well, I'll recommend that. But there
9   may be some other criteria that you can recommend, and if
10  you think that through and --
11          **MR. OTERI:** May I suggest this, your Honor.
12          **THE COURT:** -- inform me I will adopt it.
13          **MR. OTERI:** Something just came to me. He is
14  massively depressed and he's undergoing treatment for
15  depression. So if you could recommend maybe the hospital at
16  Devens they could treat the depression there.
17          **THE COURT:** Well, I will specifically say he's to
18  be provided with medical care.
19          **MR. OTERI:** Thank you, your Honor.
20          **THE COURT:** That's the sentence of the Court.
21          We have a civil matter. We'll recess.
22          **THE PROBATION OFFICER:** Sorry, Judge, may I just
23  ask a quick question?
24          **THE COURT:** Sure.
25          **THE PROBATION OFFICER:** The home detention, is that

6

```
1    with or without --
2            THE COURT:  Without electronic monitoring.  And
3    thank you.
4            MR. OTERI:  Thank you, your Honor.
5            MR. MERRITT:  Thank you, your Honor.
6            THE COURT:  We'll recess.
7            THE CLERK:  All rise.  Court is in recess.
8            (Whereupon the matter concluded.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Smith, Bonnie entered on 2/9/2006 at 12:29 PM EST and filed on 2/9/2006

**Case Name:**        USA v. Day
**Case Number:**      1:05-cr-10229
**Filer:**
**Document Number:** 9

**Docket Text:**
Judge William G. Young : ORDER entered. JUDGMENT as to James E. Day (1), Count(s) 1, The defendant is committed to the custody of the BOP for 3 months to be folowed by a term of Supervised Release for 2 years. The first 6 months of Supervised Release are to be served in HOME CONFINEMENT without electronic monitoring. The Defendant is to pay a fine of $3000 and a Special Assessment of $100. Special Conditions of Supervised Release are imposed. (Attachments: # (1) Transcript) (Smith, Bonnie)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/9/2006] [FileNumber=1307458-0]
[aecd7cd294a40b47dbbfea369f0494439d70792c9dd2497239b4fa6e598448056798
df244d943ca39bb91ff5624912ebc64544c6afe0066ecfb636d0735dedce]]
**Document description:** Transcript
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/9/2006] [FileNumber=1307458-1]
[d1b7db7e3f8d0badeab1e161ee4bc792e495305fbea5cc36771a9f4b54e68a19d45a
b5f78dd09b3724c9ddb42ce8988ae2eef38746f9f097ddf873a49ec78435]]

**1:05-cr-10229-1 Notice will be electronically mailed to:**

S. Theodore Merritt    theodore.merritt@usdoj.gov, usama.ecf@usdoj.gov; laura.graham@usdoj.gov

Joseph S. Oteri    lroseowl@att.net

**1:05-cr-10229-1 Notice will not be electronically mailed to:**